*Cristi Williams*
*Van Williams*

**FILED**

2010 MAR 26 PM 1:30

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

Case No. 09-52182

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 3 | CAPITAL ONE BANK (USA), N.A. | $ 7,800.79 | $ 82.32 |
| 4 | CAPITAL ONE BANK (USA), N.A. | $ 25,471.94 | $ 268.79 |
| 5 | Chase Bank USA, N.A | $ 438.00 | $ 4.62 |
| 6 | RM Stonegate | $ 18,536.54 | $ 195.60 |

ck # 1008
receipt # 81369

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 9)
09-52182-mss  Doc 24  FILED 03/23/10  ENTERED 03/23/10 08:02:41  Page 9 of 10
09-52182-mss  Doc 28  FILED 03/26/10  ENTERED 03/29/10 09:57:09  Page 1 of 1